UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAT TAWFIQ SABHA<br>c/o Sahara Suits, Tia'Al-Ali District<br>16 Ghazi Arabeiat Street, Amman, Jordan<br>CIS File No. A23-048-079,<br><br>LEE AVALON ANTONIO JOSE,<br>23HI Eastwood Excelsior Condominium<br>Eastwood City, Bagumbayan<br>Quezon City, Philippines<br>CIS File No. A76-185-665,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security<br>245 Murray Lane, S.W., Building 410<br>Washington, DC 20528,<br><br>HUGO TUEFEL III,<br>Chief FOIA Officer, The Privacy Office<br>U.S. Department of Homeland Security<br>245 Murray Drive, S.W., Building 410<br>Washington, DC 20528-0550,<br><br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>T. DIANE CEJKA, Director,<br>National Records Center, U.S. Citizenship And<br>Immigration Services, P. O. Box 648010,<br>Lee's Summit, MO 64064-8010, AND<br><br>BRIAN J. WELSH, FOIA Officer,<br>National Records Center<br>U.S. Citizenship and Immigration Services<br>FOIA/PA Office, P. O. Box 648010<br>Lee's Summit, MO 64064-8010<br><br>        Defendants. | Case No. |

**COMPLAINT FOR INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT AND THE PRIVACY ACT, 5 U.S.C. §§ 552 AND 552A**

Plaintiffs Ismat Tawfiq Sabha and Lee Avalon Antonio Jose, by counsel, complain of the Defendants, Michael Chertoff, Secretary, U.S. Department of Homeland Security; Hugo Tuefel III, Chief FOIA Officer, U.S. Department of Homeland Security; Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services; T. Diane Cejka, Director, National Records Center, U.S. Citizenship and Immigration Services; and Brian J. Welsh, FOIA Officer, FOIA / PA Office, National Records Center, U.S. Citizenship and Immigration Services, as follows:

## I.

## INTRODUCTION

1. Plaintiff Ismat Tawfiq Sabha and Lee Avalon Antonio Jose bring the instant action for injunctive relief under the Freedom of Information Act (hereinafter "FOIA") and the Privacy Act, pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552a(g)(1)(B), to compel the Defendants' response to their requests for information and documents in files and information systems maintained by the United States Department of Homeland Security (hereinafter "DHS"). Mr. Sabha and Mr. Jose also bring the instant action for attorneys' costs, fees, and expenses under 5 U.S.C. §§ 552(a)(4)(E) and 552a(g)(3)(B), and the Equal Access to Justice Act (EAJA), 28 U.S.C. §§ 2412(a)(1) and 2412(b).

2. FOIA requires that federal agencies, "upon any request for records which (i) reasonably describes such records and (ii) is in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, shall make the records promptly available to any person," unless the agency establishes that the requested information falls into one of seven, narrowly-defined statutory exemptions. 5 U.S.C. § 552(a)(3)(A); see also Summers v. Department of Justice, 140 F.3d 1077, 1080 (D.C. Cir. 1998) (specifying that a federal agency bears the burden of proving that requested information under FOIA falls into one of FOIA's

13. Mr. Sabha and Mr. Jose also ask that this Court enter an Order compelling the Defendants to immediately produce any non-exempt agency records and documents improperly withheld from them in DHS files, databases, and information systems.

## II.

## JURISDICTION AND VENUE

14. This Court has original jurisdiction over the instant case under 28 U.S.C. § 1331, because the Plaintiffs raise federal questions arising under the United States Constitution and the laws of the United States. This case involves the Defendants' non-compliance with statutory requirements and deadlines for the disclosure of federal agency records and information under FOIA, 5 U.S.C. § 552(a)(3)(A), and the Privacy Act, 5 U.S.C. § 552a(d)(1). See 5 U.S.C. § 552(a)(4)(B) (declaring that "[o]n complaint, the district court of the United States in the district in which the complainant resides, or has his principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant," pursuant to FOIA); 5 U.S.C. § 552a(g)(1)(B) (conferring upon "the district courts of the United States" jurisdiction over all claims that federal agencies failed to disclose information in their files pertaining to individuals upon request, under the Privacy Act).

15. Venue lies in the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1391(e)(1), because the Defendants Michael Chertoff, Hugo Tuefel III, and Emilio T. Gonzalez all reside in Washington, D.C., and because those defendants are being sued in their official capacities. See Nestor v. Hersey, 425 F.2d 504, 521 (D.C. Cir. 1969) (noting that federal officials "reside" in the District of Columbia, for purposes of venue under 28 U.S.C. § 1391(e)); see also Abusadeh v. Chertoff, No. 06-2014 (CKK), 2007 U.S. Dist. LEXIS 52549 (D.D.C. July 23, 2007) (finding that venue properly lies in the District of Columbia, under 28 U.S.C. § 1391(e), because three of the four named defendants, DHS, United States

5

Citizenship and Immigration Services, and the Federal Bureau of Investigation, "reside" in the District of Columbia).

## III.

## PARTIES

**A.  Plaintiffs.**

16.  Plaintiff Ismat Tawfiq Sabha is a national and citizen of Jordan. He was born in Jordan on ▓▓▓▓, 1955. His alien registration number, or "A" number, is A23-048-079. He was last admitted into the United States in May of 2003, through Los Angeles, California. He currently resides in Jordan.

17.  Plaintiff Lee Avalon Antonio Jose is a national and citizen of the Philippines. He was born in Manila, Philippines on ▓▓▓▓, 1982. His alien registration number, or "A" number, is A76-185-665. He was last admitted into the United States on September 30, 1998. He currently resides in the Philippines.

18.  On or about December 15, 2005 and August 22, 2006, Mr. Sabha and Mr. Jose filed Form G-639 Freedom of Information/Privacy Act requests with the Defendants, which asked for disclosure of information and documents in Mr. Sabha and Mr. Jose's immigration files, or "A" files, and in DHS databases and information systems.

**B.  Defendants.**

19.  Defendant Michael Chertoff is the Secretary of the United States Department of Homeland Security. He has a mandate, pursuant to 6 U.S.C. § 111(b)(1)(D) and 8 U.S.C. § 1103(a), to administer and enforce the Immigration and Nationality Act, and other laws pertaining to the immigration and naturalization of aliens. He controls, directs and supervises all employees, files, and records of DHS, under 8 U.S.C. § 1103(a)(2). He has the authority to promulgate regulations necessary for carrying out his statutory authority, and to delegate his

## VII.

## **PRAYER FOR RELIEF**

WHEREFORE, the plaintiff respectfully requests that this Court enter the following Orders:

1. That this Court enter an Order enjoining the Defendants from withholding information pertaining to Mr. Sabha and Mr. Jose in DHS files, databases, and information systems, pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552a(g)(3)(A), and federal regulations;

2. That this Court enter an Order compelling the immediate production of any and all non-exempt information and documents in DHS files, databases, and information systems, pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552a(g)(3)(A), and federal regulations;

3. That Mr. Sabha and Mr. Jose be awarded attorneys' fees, costs, and expenses, in conformity with 5 U.S.C. §§ 552(a)(4)(E) and 552a(g)(3)(B) and the Equal Access to Justice Act (EAJA), 28 U.S.C. §§ 2412(a)(1) and 2412(b); and

4. That this Court issue Orders granting any other relief that it deems just, equitable, and proper.

Respectfully submitted this 17th day of September, 2007

ISMAT TAWFIQ SABHA AND LEE AVALON ANTONIO JOSE

By counsel,

_____
THOMAS K. RAGLAND
DC Bar No. 501021

MAGGIO & KATTAR, P.C.
11 Dupont Circle, N.W., Suite 775
Washington, D.C. 20036
Phone: (202) 483-0053
Fax: (202) 483-6801

Attorneys for Plaintiffs Ismat Tawfiq Sabha and Lee Avalon Antonio Jose

## VERIFICATION

I, LEE AVALON ANTONIO JOSE, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing COMPLAINT FOR INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT AND THE PRIVACY ACT, 5 U.S.C. §§ 552 AND 552A, upon information and belief.

Dated: 9/1/07

Place: Manila, Philippines

_____
LEE AVALON ANTONIO JOSE

## VERIFICATION

I, ISMAT TAWFIQ SABHA, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing COMPLAINT FOR INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT AND THE PRIVACY ACT, 5 U.S.C. §§ 552 AND 552A, upon information and belief.

Dated: August 16 2007

Place: Amman - Jordan

_____
ISMAT TAWFIQ SABHA

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ISMAT TAWFIQ SABHA; LEE AVALON ANTONIO JOSE | MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; et al. |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| THOMAS K. RAGLAND<br>DC Bar No. _____<br>MAGGIO & KATTAR P.C.<br>11 Dupont Circle, N.W. Suite 775,<br>Washington, D.C. 20036 | Jeffrey Taylor<br>U.S. Attorney for the District of Columbia<br>555 4th Street NW<br>Washington, DC 20530 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act
Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⦿ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⦿ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C SECTION 552 AND 552A

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 9/17/07   SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.