UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAT TAWFIQ SABHA;<br>LEE AVALON ANTONIO JOSE,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; HUGO TUEFEL III, Chief FOIA Officer, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; T. DIANE CEJKA, Director, National Records Center, U.S. Citizenship and Immigration Services; and BRIAN J. WELSH, FOIA Officer, National Records Center, U.S. Citizenship and Immigration Services,<br><br>    Defendants. | Case No. |

### MOTION TO APPEAR *PRO HAC VICE*

Plaintiffs Ismat Tawfiq Sabha and Lee Avalon Antonio Jose, by and through local counsel, hereby move this Court for an Order permitting Lori B. Schoenberg of Reeves & Associates, A PLC, of Pasadena, California, to appear pro hac vice on their behalf in the instant case, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and U.S. Dist. Ct. Local Civil Rule 82.3(d), and for the reasons stated in the attached declaration of Ms. Schoenberg.

Respectfully submitted this 17th day of September, 2007,

ISMAT TAWFIQ SABHA AND LEE AVALON ANTONIO JOSE

By counsel,

_____
THOMAS K. RAGLAND
DC Bar No. 501021

MAGGIO & KATTAR, P.C.
11 Dupont Circle, N.W., Suite 775
Washington, D.C. 20036
Phone: (202) 483-0053
Fax: (202) 483-6801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAT TAWFIQ SABHA;<br>LEE AVALON ANTONIO JOSE,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; HUGO TUEFEL III, Chief FOIA Officer, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; T. DIANE CEJKA, Director, National Records Center, U.S. Citizenship and Immigration Services; and BRIAN J. WELSH, FOIA Officer, National Records Center, U.S. Citizenship and Immigration Services,<br><br>    Defendants. | Case No. |

**DECLARATION OF LORI B. SCHOENBERG IN SUPPORT OF**
**<u>MOTION TO APPEAR *PRO HAC VICE*</u>**

I, Lori B. Schoenberg, under penalty of perjury, declare as follows:

1.     I am an attorney employed by Reeves & Associates, A Professional Law Corporation, in Pasadena, California.

2.     Reeves & Associates has been retained by Plaintiffs Ismat Tawfiq Sabha and Lee Avalon Antonio Jose to represent them on a petition for writ of mandamus in the United States District Court for the District of Columbia.

3.     As an employee of Reeves & Associates, I have been assigned the responsibility of representing Mr. Sabha and Mr. Jose on their petition for writ of mandamus before this Court.

4.     My full name is Lori B. Schoenberg.

1

5. My office address is Reeves & Associates, A PLC, 2 North Lake Avenue, Ninth Floor, Pasadena, California 91101. My telephone number is (626) 795-6777.

6. I am an attorney duly licensed to practice law in the State of California, in the United States District Court for the Central District of California, in the United States District Court for the Southern District of California, in the United States District Court for the Eastern District of California, and in the United States District Court for the Northern District of California, in the United States Court of Appeals for the Ninth Circuit.

7. I have not been disciplined by any bar.

8. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the past two years.

9. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar. I do not have an application for membership pending with the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of September, 2007, in Pasadena, California.

**LORI B. SCHOENBERG**
Declarant