AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 9/24/2007 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* Thomas K. Ragland | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __via certified U.S. mail, postage pre-paid__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/24/07
              Date

Signature of Server
MAGGIO & KATTAR
11 Dupont Circle NW, Suite 775
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ISMAT TAWFIQ SABHA; LEE AVALON
ANTONIO JOSE

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF, Secretary, U.S.
Department of Homeland Security, et al.

CASE  Case: 1:07-cv-01647
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/19/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

T. DIANE CEJKA, Director,
National Records Center
U.S. Citizenship And Immigration Services
P. O. Box 648010
Lee's Summit, MO 64064-8010,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Ragland
Maggio & Kattar P.C
11 Dupont Circle, N.W. Suite 775
Washington D.C. 20036
(202) 483-0053

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          SEP 19 2007
CLERK                             DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   T. Diane Cejka
   Director, National Records Center
   U.S. Citizenship and Immigration Services
   P.O. Box 648010
   Lee's Summit, Mo 64064-8010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (transfer from service label)
   7007 1490 0002 5599 1892

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 5599 1892**
Detailed Results:
- **Delivered, September 24, 2007, 11:00 am, LEES SUMMIT, MO 64064**
- **Arrival at Unit, September 24, 2007, 10:08 am, LEES SUMMIT, MO 64081**

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.
( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

