UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAT TAWFIQ SABHA, ) | |
| LEE AVALON ANTONIO JOSE, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | Civil Action No.07-1647 (RMU) |
| ) | Electronic Case Filing |
| MICHAEL CHERTOFF, Secretary, U.S. ) | |
| Department of Homeland Security; HUGO ) | |
| TUEFEL III, Chief FOIA Officer, U.S. Citizenship ) | |
| and Immigration Services; ) | |
| T. DIANE CEJKA, Director, National Records ) | |
| Center, U.S. Citizenship and Immigration ) | |
| Services; and BRIAN J. WELSH, FOIA Officer, ) | |
| National Records Center, U.S. Citizenship and ) | |
| Immigration Services, ) | |
| ) | |
|     Defendants. ) | |

## ENTRY OF APPEARANCE

    **THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530

November **9th**, 2007

Case 1:07-cv-01647-RMU     Document 10     Filed 11/09/2007     Page 2 of 2